IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20cr221 |
| v. | : | DATE FILED: 8/4/20 |
| RAPHAEL VEGA-RODRIGUEZ | : | VIOLATIONS:<br>18 U.S.C. §§ 1114(3), 1113 (attempt to commit murder – 3 counts)<br>18 U.S.C. § 111(a)(1), (b) (assault on federal officers – 3 counts)<br>18 U.S.C. § 924(c) (use of a firearm during the commission of a crime of violence – 1 count)<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAPHAEL VEGA-RODRIGUEZ,**

with premeditation and malice aforethought, attempted to kill an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, Federal Bureau of Investigation Special Agent F.C., while Special Agent F.C. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(3) and 1113.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAPHAEL VEGA-RODRIGUEZ,**

with premeditation and malice aforethought, attempted to kill an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, Federal Bureau of Investigation Special Agent A.J., while Special Agent A.J. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(3) and 1113.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAPHAEL VEGA-RODRIGUEZ,**

with premeditation and malice aforethought, attempted to kill an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, Federal Bureau of Investigation Special Agent F.N., while Special Agent F.N. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(3) and 1113.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAFAEL VEGA-RODRIGUEZ,**

by use of a deadly and dangerous weapon, that is, a loaded black Beretta 9 mm handgun, model 92FS, type M9A1, serial number BER674094, with an "Inflight" laser sight, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, Federal Bureau of Investigation Special Agent F.C., while Special Agent F.C. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a) (1), (b).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAFAEL VEGA-RODRIGUEZ,**

by use of a deadly and dangerous weapon, that is, a loaded black Beretta 9 mm handgun, model 92FS, type M9A1, serial number BER674094, with an "Inflight" laser sight, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, Federal Bureau of Investigation Special Agent A.J., while Special Agent A.J. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a) (1), (b).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAFAEL VEGA-RODRIGUEZ,**

by use of a deadly and dangerous weapon, that is, a loaded black Beretta 9 mm handgun, model 92FS, type M9A1, serial number BER674094, with an "Inflight" laser sight, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, Federal Bureau of Investigation Special Agent F.N., while Special Agent F.N. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1), (b).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAFAEL VEGA-RODRIGUEZ**

knowingly used, carried, and discharged a firearm, that is, a loaded black Beretta 9 mm handgun, model 92FS, type M9A1, serial number BER674094, with an "Inflight" laser sight, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, attempting to kill, with malice aforethought, an officer of the United States, in violation of Title 18, United States Code, Sections 1114(3) and 1113, as charged in Counts One, Two, and Three of this indictment, and forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer of the United States by use of a dangerous and deadly weapon, in violation of Title 18, United States Code, Section 111(a)(1), (b), as charged in Counts Four, Five, and Six of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 1, 2020, in Reading, in the Eastern District of Pennsylvania, defendant

**RAFAEL VEGA-RODRIGUEZ,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded black Beretta 9 mm handgun, model 92FS, type M9A1, serial number BER674094, with an "Inflight" laser sight, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT;**

As a result of the violations of Title 18, United States Code, Sections 922(g), 924(c), 1114(3) and 111(a)(1), (b), set forth in this indictment, defendant

**RAFAEL VEGA-RODRIGUEZ,**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violations, including but not limited to:

i. a Beretta 9 mm handgun, model 92FS, type M9A1, serial number BER674094, with an "Inflight" laser sight; and

ii. 23 rounds of 9 mm ammunition; and

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code Section 924(d).

A TRUE BILL:

_____
**FOREPERSON**

**WILLIAM M. MCSWAIN**
**United States Attorney**

9

*No.* _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

RAPHAEL VEGA-RODRIGUEZ

INDICTMENT

18 U.S.C. §§ 1114(3), 1113 (attempt to commit murder – 3 counts)
18 U.S.C. § 111(a)(1), (b) (assault on federal officers – 3 counts)
18 U.S.C. § 924(c) (use of a firearm during the commission of a crime of violence – 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

A true bill

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

_____
Clerk

Bail, $ _____